JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREN PETETAN, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION, a United States Corporation; WELLS FARGO BANK, N.A., a United States Corporation; DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No. 2:18-cv-09075-DSF-GJS<br><br>**ORDER RE: DISMISSAL WITH PREJUDICE**<br><br>[Lodged concurrently with Stipulation of Dismissal with Prejudice] |

448611

ORDER RE: DISMISSAL WITH PREJUDICE

Having considered the Stipulation jointly filed by Defendant Wells Fargo Bank, N.A. ("Defendant") and Plaintiff Lauren Petetan ("Plaintiff"), the Court dismisses this action with prejudice pursuant to Federal Rule of Civil Procedure 41.

IT IS SO ORDERED.

Date: November 22, 2019

*Dale S. Fischer*

Dale S. Fischer
United States District Judge

448611

2

ORDER RE: DISMISSAL WITH PREJUDICE